IN THE SUPREME COURT OF THE STATE OF DELAWARE

PROTECT OUR INDIAN RIVER, § 
an unincorporated association, § No. 406, 2015 
LARRY V. HAWKINS, WILLIAM L. § 
GARDNER, and DIANE M. DALY, § 
§ 
    Petitioners Below– § Court Below – Superior Court 
    Appellants, § of the State of Delaware 
§ C.A. No. S13A-12-002 
    v. § 
§ 
SUSSEX COUNTY BOARD OF § 
ADJUSTMENT, ALLEN HARIM § 
FOODS, LLC, a Delaware limited § 
liability company, and PINNACLE § 
FOODS CORPORATION, a § 
Delaware corporation, § 
§ 
    Respondents Below– § 
    Appellees. § 

Submitted: February 17, 2016
Decided: February 29, 2016

Before **HOLLAND, VALIHURA,** and **SEITZ,** Justices.

## O R D E R

This 29th day of February 2016, the Court has considered this matter based upon the briefs filed by the parties and after oral arguments. We have concluded that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated July 2, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice